# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13065
_____

CHRISTOPHER BARBOUR,

    *Petitioner-Appellee,*

versus

WARDEN, et al.,

    *Respondents,*

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,

    *Respondent-Appellant.*

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:01-cv-00612-ECM-CWB
_____

ORDER:

    The motion for an extension of time to and including January 23, 2026, to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.


    /s/ Britt C. Grant
    UNITED STATES CIRCUIT JUDGE