SPECIAL HEARING
(DEATH PENALTYCASE)

**DECEMBER 3, 2026**

**10:00 A.M. (EASTERN TIME)**

**ATLANTA, GEORGIA**

**COURTROOM #339**

No.25-13065-P – CHRISTOPHER BARBOUR, Appellee,
v.
COMMISSIONER, ALABAMA DEPT. OF CORRECTIONS, Appellant.

ATLANTA, GEORGIA
10/27/2026
DP#6